UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE CO., | : Case No: 1:24-CV-05931 |
| Plaintiff, | : Judge Mark H. Cohen |
| v. | : **ADMIRAL RULE 67 MOTION TO INTERPLEAD AND RULE 59 MOTION FOR DEFAULT JUDGMENT** |
| SILVER OAKS APARTMENTS, ET AL. | : |
| Defendants. | : |

Admiral Insurance Company ("Admiral") filed this lawsuit under 28 U.S.C. §1335 to interplead the eroding assault or battery sublimit ("AB Limit") of insurance policy CA000047511-01 in response to underlying claims, and then receive a 28 U.S.C. §2361 discharge injunction from future liability on the policy. See Complaint, Dkt. 1. There is no dispute that the AB Limit is $25,000.00, or that underlying assault or battery claims have demands which exceeded those limits. This caused Admiral to interplead against Silver Oak Apartments LP ("Silver Oak"), TWG Development LLC ("TWG") and Datrell Purdiman ("Purdiman") to avoid multiple or inconsistent obligations on payment of the exhausting AB Limit.

Consistent with Fed.R.Civ.P. 55(b)(2), Admiral moves for default judgment against Silver Oak and TWG. Both defendants were served with summons and complaint on or before March 20, 2025 (Dkt. 13-14). The clerk has entered default against them (Dkt. 19). Admiral notified both via certified United States Mail that it would seek default, serving both their corporate headquarters and their agent for service of process in Georgia. See Letters dated July 15, 2025 (Ex. 1).

In a typical 28 U.S.C. §1335 interpleader action, Admiral as plaintiff would make a Fed.R.Civ.P. 67(a) motion to deposit the remaining AB Limit of Policy CA000047511-01 with the Court registry. The defendant parties then would seek disbursement of the funds under 28 U.S.C. §2042. Admiral asks for an order that will eliminate the need to deposit any funds with the Court or any Court involvement with the distribution of these funds, and pay Purdiman directly, as he is the only party to have answered or appeared.

Finally, rather than simply dismiss this case, Admiral also seeks a 28 U.S.C. §2361 order from the Court to discharge Admiral from future liability on the insurance contract for assault or battery claims, and enjoin future proceedings concerning Admiral coverage obligations. The need for a §2361 discharge and injunction remains justiciable because there are future potential claims that might be brought on the policy.

This motion is supported by a Memorandum attached hereto, along with a proposed order and exhibits. The relief Admiral seeks includes:

1. Default judgment against Silver Oak and TWG;

2. An order allowing Admiral to interplead funds from the AB Limit of Policy CA000047511-01 for payment directly to Purdiman;

3. A 28 U.S.C. §2361 injunction against all current and future claims concerning Admiral payment of the AB Limit of CA000047511-01;

4. Dismissal of this lawsuit, with prejudice.

Respectfully Submitted,

*s/ David W. Walulik*
David W. Walulik  (Pro Hac Vice)
Frost Brown Todd, LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
(513) 651-6877
dwalulik@fbtlaw.com

Trial Attorneys for
Admiral Insurance Company

Craig R. White (Ga. 753030)
Gray, Rust, St. Amand, Moffett, & Brieske, LLP
950 E. Paces Ferry Road
1700 Salesforce Tower
Atlanta, Georgia 30326
(404) 870-1065
cwhite@grsmb.com

Dated: August 12, 2025

3

## **CERTIFICATE OF SERVICE**

On August 12, 2025, the undersigned certifies this filing was served via the Court's ECF system as well as certified mail U.S. Mail as noted below on the following:

**For Datrell Purdiman**

W. Michael Smith
W. Calvin Smith II, P.C.
3560 Lenox Road, Suite 3020
Atlanta, Georgia 30326
wmsmith@cavinsmithlaw.com

**For TWG Development**

(via certified US Mail)

CT Corporation
c/o TWG Development LLC
289 South Culver Street
Lawrenceville, Georgia 30046

(via certified US Mail)

TWG Development LLC
1301 E. Washington St., Suite 100
Indianapolis, Indiana 46202

**For Silver Oak**

(via certified US Mail)

CT Corporation
c/o Silver Oak Apartments LP
289 South Culver Street
Lawrenceville, Georgia 30046

(via certified US Mail)

Silver Oak Apartments LP
1301 East Washington Street, Suite 100
Indianapolis, Indiana 46202

*s/ David W. Walulik*
David W. Walulik  (Pro Hac Vice)
Frost Brown Todd, LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
(513) 651-6877
dwalulik@fbtlaw.com

0119409.0795518 4912-1416-8158v1

4