

David W. Walulik
Partner
513.651.6877 (t)
513.651.6981 (f)
dwalulik@fbtlaw.com

July 15, 2025

**VIA US CERTIFIED MAIL**

CT Corporation
c/o Silver Oak Apartments LP
289 South Culver Street
Lawrenceville, Georgia 30046

Silver Oak Apartments LP
1301 East Washington Street, Suite 100
Indianapolis, Indiana 46202

| | |
|---|---|
| Insured: | Silver Oak Apartments LP |
| Claimant: | Purdiman and Best-Robinson |
| Lawsuit: | *Admiral v. Silver Oak, et al.*, 1:24-cv-05931 (N.D. Ga.) |

TO WHOM IT MAY CONCERN:

On behalf of Admiral Insurance Company ("Admiral"), please find the filing made in the above-captioned case today.

Very truly yours,

FROST BROWN TODD LLC

*David W. Walulik*
David W. Walulik

Via e-mail without enclosures:

Craig White
cwhite@grsmb.com

0119409.0795518   4925-0343-7142v1



David W. Walulik
Partner
513.651.6877 (t)
513.651.6981 (f)
dwalulik@fbtlaw.com

July 15, 2025

**VIA US CERTIFIED MAIL**

CT Corporation
c/o TWG Development LLC
289 South Culver Street
Lawrenceville, Georgia 30046

TWG Development LLC
1301 East Washington Street, Suite 100
Indianapolis, Indiana 46202

>   Insured:    Silver Oak Apartments LP
>   Claimant:   Purdiman
>   Lawsuit:    *Admiral v. Silver Oak, et al.*, 1:24-cv-05931 (N.D. Ga.)

TO WHOM IT MAY CONCERN:

On behalf of Admiral Insurance Company ("Admiral"), please find the filing made in the above-captioned case today.

Very truly yours,

FROST BROWN TODD LLC

*David W. Walulik*
David W. Walulik

Via e-mail without enclosures:

Craig White
cwhite@grsmb.com

0119409.0795518 4914-7786-4278v1