# UNITED STATES DISTRICT COURT
### Northern District of Georgia

ADMIRAL INSURANCE COMPANY
**PLAINTIFF**

§
§
§
§

VS.

§
§

SILVER OAK APARTMENTS, LP, ET AL
**DEFENDANT**

§
§
§
§
§
§

CAUSE NO. 1:24-cv-05931-MHC

### DECLARATION OF Eric M Jimenez OF DUE DILIGENCE

**On Thursday, April 3, 2025 AT 2:28 PM**
SUMMONS IN A CIVIL ACTION, ADMIRAL INSURANCE COMPANY INTERPLEADER COMPLAINT 28
U.S.C. 1335 for service on ESTATE OF SHAMIR BEST-ROBINSON came to hand.

**On Thursday, April 3, 2025 at 4:55 PM**, at 2040 NORTH LOOP WEST SUITE 102, HOUSTON, TX
77018, The Firoubakht Law office is closed and I left a delivery notice with my contact information to the
door.

**On Friday, April 4, 2025 at 9:02 AM**, at 2040 NORTH LOOP WEST SUITE 102, HOUSTON, TX 77018,
The Firoubakht Law office is closed and my delivery notice has not been picked up

**On Monday, April 7, 2025 at 1:05 PM**, at 2040 NORTH LOOP WEST SUITE 102, HOUSTON, TX
77018, My delivery notice has been picked up but the law office is locked and closed there is no answer
at the door.

**On Wednesday, April 9, 2025 at 10:23 AM**, at 2040 NORTH LOOP WEST SUITE 102, HOUSTON, TX
77018, Per paralegal Lauren, ERIC FIROUZBAKHT works from home and does not have a time when
he will be in office again but can forward my contact information. Lauren has my contact information
from my first attempt.

My name is Eric M Jimenez. I am over the age of eighteen and am not a party to this case. I declare
under penalty of perjury that the foregoing is true and correct.

Wednesday, April 16, 2025

*Eric M Jimenez*

Eric M Jimenez
Process Server
1201 Louisiana Street, Suite 370
Houston, TX  77002

0119409/0795518

Doc ID: 333836_1