UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ADMIRAL INSURANCE CO., | : | Case No: 1:24-CV-05931 |
| Plaintiff, | : | Judge Mark H. Cohen |
| v. | : | **ORDER ON ADMIRAL RULE 67 MOTION TO INTERPLEAD AND RULE 59 MOTION FOR DEFAULT JUDGMENT** |
| SILVER OAKS APARTMENTS, ET AL. | : | |
| Defendants. | : | |

AND NOW, the Admiral Rule 67 Motion to Interplead and Rule 55 Motion for Default Judgment is GRANTED. The parties are ordered as follows:

1. Default judgment is entered against Silver Oak and TWG;

2. Admiral may interplead funds from the AB Limit of Policy CA000047511-01 for payment directly to Purdiman;

3. A 28 U.S.C. §2361 injunction against all current and future claims concerning Admiral payment of the AB Limit of CA000047511-01 is issued;

4. This lawsuit is dismissed, with prejudice.

s/_____
Hon. Judge Mark H. Cohen

0119409.0795518 4916-7108-5150v1