UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>SILVER OAK APARTMENTS, LP, et al.,<br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-05931-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED WITH PREJUDICE.** Default judgment is entered against Defendants Silver Oak Apartments, LP and TWG Development, LLC. Admiral may pay the remaining funds from the AB Limit of Policy CA000047511-01 directly to Defendant Datrell Purdiman since Purdiman is the only remaining party who is not in default. A 28 U.S.C. §2361 injunction against all current and future claims concerning Admiral payment of the AB Limit of CA000047511-01 is issued.

Dated at Atlanta, Georgia, this 3rd day of November, 2025.

                                    KEVIN P. WEIMER
                                    CLERK OF COURT

                            By:   s/Finn Johnston
                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 3, 2025
Kevin P. Weimer
Clerk of Court

By:   s/Finn Johnston
        Deputy Clerk